UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
------------------------------------------------------------
R. ALEXANDER ACOSTA, Secretary of Labor, :
United States Department of Labor,
                                                                    :   **COMPLAINT**
              Plaintiff,
                                                                    :   Civil Action No.
       v.
                                                                    :
PRIVATE COPS SECURITY, CORP.,
PALMAS COPS SECURITY, INC., POLICE      :
CAMPUS SECURITY MANAGEMENT, LLC,
and ARNALDO L. LEON MATHEU,                :
Individually,
                                                                    :
              Defendants.
------------------------------------------------------------

Plaintiff R. Alexander Acosta, Secretary of Labor, United States Department of Labor, by and through undersigned counsel, brings this action under sections 16 and 17 of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq. ("the Act" or "the FLSA"), alleging that defendants violated sections 7, 11(c), 15(a)(2), and 15(a)(5) of the Act, to recover back wages, liquidated damages, and to enjoin acts and practices which violate the provisions of the FLSA, and to obtain other appropriate relief.

As described herein, defendants have denied hundreds of their employees' rightful overtime wages by (1) misclassifying defendants' security guards as independent contractors; (2) failing to pay time-and-a-half for hours worked over 40 in a workweek; and (3) doing business under multiple entities to evade legal obligations under the FLSA. Defendants further failed to make, keep, and preserve adequate and accurate records of hours worked by its employees. As a result of defendants' unlawful payment practices, 306 current and former security guards are owed unpaid wages.

## JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this action pursuant to section 17 of the FLSA, 20 U.S.C. § 217, and 28 U.S.C. §§ 1331 and 1345.

2. Venue is proper in the United States District Court for the District of Puerto Rico because a substantial part of the events and/or omissions giving rise to the claims herein occurred in this district.

## FACTUAL ALLEGATIONS

3. Plaintiff R. Alexander Acosta, Secretary of Labor, United States Department of Labor, is vested with authority to file suit to restrain violations of the FLSA and recover back wages and liquidated damages and is the proper plaintiff for this action.

4. Defendant PRIVATE COPS SECURITY, CORP. ("Private Cops") is a corporation duly organized under the laws of the Commonwealth of Puerto Rico, having its last known principal office and place of business at Palmanova Plaza Suite 127B, Humacao, Puerto Rico 00791, within the jurisdiction of this Court, where it is engaged in the business of providing security services.

5. Defendant PALMAS COPS SECURITY, INC. ("Palmas") is a corporation duly organized under the laws of the Commonwealth of Puerto Rico, having its last known principal office and place of business at Palmanova Plaza Suite 127B, Humacao, Puerto Rico 00791, within the jurisdiction of this Court, where it is engaged in the business of providing security services.

6. Defendant POLICE CAMPUS SECURITY MANAGEMENT, LLC ("Police Campus") is a corporation duly organized under the laws of the Commonwealth of Puerto Rico, having its last known principal office and place of business at Palmanova Plaza Suite 127B, Humacao,

Puerto Rico 00791, within the jurisdiction of this Court, where it is engaged in the business of providing security services.

7. Defendant ARNALDO L. LEON MATHEU ("Leon Matheu") is in active control and management of all the corporate defendants. Defendant Leon Matheu regulates the employment of all persons employed by him and has the authority to and does hire, fire, and supervise employees, control their hours worked, determine employee compensation, and otherwise act directly and indirectly in the interest of all the corporate defendants in relation to the employees during the relevant time period. He is thus an employer of the employees within the meaning of section 3(d) of the Act.

8. Defendant Leon Matheu resides in the Commonwealth of Puerto Rico, within the jurisdiction of this Court.

## Defendants are an Enterprise Engaged in Commerce

9. The business activities of the corporate defendants, as described herein, are related and performed through unified operation or common control for a common business purpose and constitute an enterprise within the meaning of section 3(r) of the Act.

10. Defendant Leon Matheu is the owner and president of all three corporate defendants.

11. The corporate defendants were created for the purpose of, and are engaged in, the business of providing security services, and do business under the same initials, "P.C.S."

12. The corporate defendants share or have overlapping employees. For example, in a single pay period, one employee might work at different times as a security guard for both Police Campus and for Palmas.

13. The corporate defendants are managed by the same individuals, including Human Resources Administrator, Sonia Diaz; Payroll Administrator, Sonia Escoda; and defendant Leon

Matheu. The enterprise (and each corporate defendant) has had an annual gross volume of sales made or business done in an amount not less than $500,000 for the period covered by this Complaint.

14. The enterprise has employees handling and using goods or materials that have been moved in or produced for commerce, such as radios, weapons, uniforms, or vehicles.

### The Security Guards are Employees

15. At all relevant times from April 9, 2014 through the present, defendants have employed armed and unarmed security guards to provide security to entities in the Commonwealth of Puerto Rico.

16. At all relevant times, defendants have required their employees employed as security guards to wear uniforms.

17. At all relevant times, defendants have set their employees' work schedules and required them to sign-in and sign-out on daily attendance records.

18. At all relevant times, defendants have set their employees' rate of pay.

19. At all relevant times, defendants' employees employed as security guards have no opportunity for profit or loss.

20. Despite the U.S. Department of Labor's Wage and Hour Division ("Wage and Hour Division") having previously found that Private Cops and Palmas violated the FLSA from November 22, 2010 to November 18, 2012, defendants have continued to misclassify their security guard employees as "professional services," or independent contractors, and not as employees.

21. Defendants' employees working as security guards are an integral part of their business and without them, Defendants would not be able to provide security guard services.

**Defendants' Pay Practices**

22. Defendants Private Cops, Palmas, and Police Campus each operate numerous security guard posts.

23. At all relevant times, defendants' employees sometimes performed work for more than one of the three defendant entities during the same workweek and/or pay period.

24. Defendants did not aggregate, for the purposes of calculating payment, the hours worked by employees for more than one of the three entities in a workweek or pay period.

25. Defendants paid employees by check, and sometimes by multiple checks, on a bi-weekly basis.

26. At all relevant times, defendants typically paid their employees working as unarmed guards a regular rate of $7.25 per hour.

27. At all relevant times, defendants typically paid their employees working as armed guards a regular rate ranging from $7.50 per hour to $8.50 per hour.

28. During some bi-weekly pay periods, from April 9, 2014 through the present, defendants' employees worked, for either one defendant entity or more than one defendant entity, in excess of 40 hours during one or both workweeks in a bi-weekly pay period.

29. Defendants' employees typically worked between 20 and 40 hours per workweek. For the workweeks that exceeded 40 hours, defendants failed to pay their employees time and one half of their regular rate of pay for the hours that exceeded 40. Instead, defendants paid their employees at their regular rates of pay ("straight time").

30. For example, for the bi-weekly period of March 16, 2015 through March 29, 2015 an employee who worked a total of 92 hours at her assigned security post was paid at her regular rate despite working 12 overtime hours.

31. Similarly, for the pay period of July 27, 2015 through August 9, 2015, an employee who worked a total of 96 hours at his assigned security post was paid at his regular rate despite working 16 overtime hours.

32. Defendants' practice of paying straight time for hours in excess of 40 continued even after they were previously advised by the Wage and Hour Division that they were required to pay their employees overtime. These violations are ongoing.

**Defendants' Record Keeping Practices**

33. At all relevant times beginning on or before April 9, 2014, defendants did not maintain accurate and complete records of total employee hours worked each workweek, and total employee earnings.

34. Despite requiring their employees to sign-in and sign-out on daily attendance sheets, defendants failed to maintain time records that accurately listed the total weekly hours worked by employees.

35. Instead, defendants required employees to record their hours worked on separate attendance sheets. Defendants required employees to record all hours worked up to 40 in a workweek on one attendance sheet and to record any hours worked over 40 in a workweek on a separate attendance sheet.

36. During the Department of Labor investigation, defendants only provided the attendance sheets that recorded hours worked by employees up to 40 per workweek.

**Defendants' Actions are Willful**

37. In 2012, the Wage and Hour Division conducted investigations of defendants Private Cops and Palmas for the period November 22, 2010 through November 18, 2012. As part of the 2012 investigation, Wage and Hour Division personnel explained the principles of FLSA

compliance to defendants Leon Matheu, Private Cops, and Palmas, including the requirements for record keeping and payment of overtime compensation.

38. As a result of the 2012 investigations, Private Cops, Palmas, and Leon Matheu paid back wages to approximately 164 employees for violations of the minimum wage and overtime provisions of the FLSA.

39. Thus, defendants knew of their obligations to pay their employees in compliance with the FLSA and to keep accurate records.

40. In addition, defendants intentionally concealed the hours of overtime employees worked by maintaining separate attendance sheets for recording overtime hours, failing to provide these separate attendance sheets to the Wage and Hour Division, and by issuing multiple checks to employees in a single bi-weekly pay period.

41. Accordingly, defendants' failure to pay minimum wage and overtime and failure to maintain and provide to the Wage and Hour Division time records that has led to the filing of this complaint is willful and repeated.

## Statute of Limitations Tolling Agreement

42. On or about September 2, 2016, the Secretary and Defendants knowingly and voluntarily entered into a Statute of Limitations Tolling Agreement.

43. The Statute of Limitations Tolling Agreement provides that any legal proceeding brought by the Secretary or affected employees after June 5, 2016 "shall be deemed to have been filed 728 days prior to the actual filing date."

44. Accordingly, this Complaint filed on May 24, 2017 shall be deemed to have been filed 727 days prior to the actual filing date.

## FIRST CAUSE OF ACTION
### Violation of Section 7(a) of the FLSA, Failure to Pay Overtime

45. The Secretary incorporates by reference and realleges the allegations in paragraphs 1 to 44 of the Complaint.

46. Defendants in many workweeks have willfully and repeatedly violated sections 7 and 15(a)(2) of the Act by employing former and current employees in an enterprise engaged in commerce or in the production of goods for commerce, for workweeks longer than 40 hours without compensating the employees for their employment in excess of the prescribed hours at rates not less than one and one-half times the regular rates at which they were employed.

47. Therefore, defendants are liable for unpaid overtime compensation owing to their employees under section 7 of the Act and an additional equal amount as liquidated damages pursuant to section 16(c) of the Act, or in the event liquidated damages are not awarded, overtime compensation and prejudgment interest under section 17 of the Act.

## SECOND CAUSE OF ACTION
### Violation of Sections 11(c) and 15(a)(5) of the FLSA, Recordkeeping

48. The Secretary incorporates by reference and re-alleges the allegations in paragraphs 1 to 44 of the Complaint.

49. Defendants have willfully and repeatedly violated the provisions of sections 11(c) and 15(a)(5) of the Act, in that defendants failed to keep, and preserve adequate and accurate records as prescribed by the regulations issued and found at 29 C.F.R. Part 516.

50. At all relevant times, defendants failed to make, keep, and preserve adequate and accurate records of hours worked and wages paid because defendants did not keep records of aggregated hours worked by employees for multiple defendant entities in a single pay period.

**WHEREFORE**, cause having been shown, plaintiff respectfully prays for judgment

against defendants providing the following relief:

(1) An injunction issued pursuant to section 17 of the Act permanently restraining defendants, their officers, agents, servants, employees, and those persons in active convert or participation with defendants, from violating the provisions of sections 7, 11(c), 15(a)(2), and 15(a)(5) of the Act;

(2) An order pursuant to section 16(c) of the Act finding defendants liable for unpaid minimum wage and overtime compensation found due defendants' employees listed on attached Exhibit A;

(3) An order pursuant to section 16(c) of the Act finding defendants liable for an equal amount of liquidated damages (additional minimum wage and overtime compensation and liquidated damages may be owed to certain employees presently unknown to plaintiff for the period covered by this Complaint); or in the event liquidated damages are not awarded, prejudgement interest computed at the underpayment rate established by the Secretary of the Treasury pursuant to 26 U.S.C. § 6621;

(4) An order compelling defendants to reimburse the Secretary for the costs of this action; and

(5) An order granting such other relief as the Court may deem necessary or appropriate.

DATED:   May 24, 2017
         New York, New York

                                    Nicholas C. Geale
                                    Acting Solicitor of Labor

                                    JEFFREY S. ROGOFF
                                    Regional Solicitor


                            By:     /s/Molly J. Theobald
                                    Molly J. Theobald
                                    No. G02617
                                    Attorney
                                    U.S. Department of Labor
                                    Office of the Regional Solicitor
                                    201 Varick Street, Room 983
                                    New York, NY 10014
                                    Tel: (646) 264-3647
                                    Fax: (646) 264-3660
                                    theobald.molly.j@dol.gov

                                    *Attorneys for Plaintiff Secretary of
                                    Labor R. Alexander Acosta*

EXHIBIT A

| First Name | MI | Last Name |
|---|---|---|
| CARLOS | F | ACEVEDO SANTOS |
| LINO | | ACOSTA MACHIN |
| VICTOR | | AGUEDA PRATTS |
| DAVID | | ALDEA RIVERA |
| EDGARD | D | ALEJANDRO HERNANDEZ |
| CESAR | R | ALEMAN RIVERA |
| ZENAIDA | | ALICEA ALGEA |
| MIGUEL | A | ALICEA COLON |
| MARIA | L | ALICEA MARTINEZ |
| OSVALDO | J | ALVAREZ SANTIAGO |
| JOSE | M | ALVAREZ SOTO |
| ALBERTO | L | AMARO LEBRON |
| JOSE | R | ANDREU AMADOR |
| FRANCISCO | A | AROCHO ROMAN |
| ZAVIER | | ARROYO MERCADO |
| EDWIN | | AYALA DIAZ |
| SANTIAGO | | BELTRAN SERRANO |
| RAMON | L | BERENGUER ANDUJAR |
| LUIS | D | BERNARDI ALVARADO |
| ANGEL | L | BERRIOS COLON |
| LUIS | M | BONILLA DE JESUS |
| JUAN | J | BORIA NAVARRO |
| KELVIN | | BRITO RODRIGUEZ |
| RAUL | D | BRITO TORRES |
| RICARDO | | BURGOS ARROYO |
| JUAN | L | BURGOS GOMEZ |
| JACINTO | | BURGOS GONZALEZ |
| PATRICIA | P | BURGOS SALGADO |
| LUIS | A | BURGOS VELAZQUEZ |
| LOURDES | | CABAN SEGUI |
| ROBERTO | | CABRERA SANCHEZ |
| JOSE | A | CABRERA TORRES |
| YARILIS | | CAEZ AYALA |
| LUIS | A | CAMACHO COLON |
| WILFREDO | R | CAMACHO RIVERA |
| VICTOR | M | CARDONA ALVARADO |
| MODESTO | | CARMONA COSME |
| JOSE | A | CARRASQUILLO CABRERA |
| ALFREDO | | CARRASQUILLO GARCIA |

| | | |
|---|---|---|
| ANGEL | M | CARRASQUILLO GARCIA |
| JAVIER | | CARRASQUILLO RODRIGUEZ |
| LUIS | A | CARTAGENA LOPEZ |
| MARCOS | A | CARTAGENA RIVERA |
| JOSE | | CLAUDIO DIAZ |
| EDGAR | J | COLON ALICEA |
| EMMANUEL | | COLON AYALA |
| JOSE | R | COLON GONZALEZ |
| JOSE | L | COLON ORTIZ |
| HUGO | L | COLON RIOS |
| REY | D | CONCEPCION MELENDEZ |
| GILBERTO | | COSME CEPEDA |
| CARLOS | A | COSME MALDONADO |
| GILBERTO | | COSME ORTIZ |
| MARTIN | J | CRESPO RAMOS |
| FELIX | E | CRUZ GONZALEZ |
| EDWIN | | CRUZ MOLINA |
| JOSE | A | CRUZ ORTIZ |
| JORGE | L | CRUZ PEREZ |
| RAYMOND | | CRUZ RIVERA |
| TANYA | V | CRUZADO RODRIGUEZ |
| JACQUELINE | M | CUBANO ROSADO |
| LORRAINE | | CUBANO ROSADO |
| ANGEL | R | CUEVAS ALVARADO |
| MARIANO | | DE JESUS CASTRO |
| MIGUEL | A | DE JESUS NEGRON |
| JASON | L | DE JESUS REYES |
| JUAN | A | DE JESUS SERBIA |
| JAVIER | A | DEL RIO MARQUEZ |
| MIGDALIA | | DEL VALLE CRUZ |
| EFRAIN | | DEL VALLE MIRANDA |
| JOSE | R | DEL VALLE NEVAREZ |
| CARLOS | R | DEL VALLE REYES |
| ALEJANDRO | | DEL VALLE VILLEGAS |
| EDWIN | | DELGADO CARDONA |
| DAVID | | DIAZ ALICEA |
| MARIO | B | DOMINGUEZ ACOSTA |
| HECTOR | | DOMINGUEZ LOPEZ |
| JOSE | L | DONES AYALA |
| LUIS | E | DONES AYALA |
| ARDEN | S | DRAGONI PASTRANA |

| | | |
|---|---|---|
| ROSE MARY | | ELBA CAQUIAS |
| RICARDO | | ESTRADA MELENDEZ |
| JORGE | J | FERNANDEZ CRUZ |
| KEN | L | FIGUEROA ACEVEDO |
| MANUEL | | FIGUEROA GARCIA |
| JIMMY | | FIGUEROA MARTINEZ |
| CANDIDO | | FIGUEROA MONZON |
| RICARDO | | FLORES LORENZO |
| JOSE | J | FONTANEZ BYRON |
| MARCIAL | | FONTANEZ COTTO |
| CARLOS | A | FUENTES MONTANEZ |
| EDGARDO | | GALARZA GONZALEZ |
| ERIC | | GARCIA AROMI |
| JORGE | L | GARCIA BERRIOS |
| ADAMS | | GARCIA CAMACHO |
| JOSE | A | GARCIA DE JESUS |
| LIZBETH | | GARCIA DUPREY |
| ANGEL | I | GARCIA FERNANDEZ |
| FRANK | M | GARCIA QUINTANA |
| LUIS | F | GARCIA ROSA |
| JORGE | L | GARCIA SANTIAGO |
| JUAN | E | GINORIO BONILLA |
| EDITH | M | GOLDEROS CABALLERO |
| ALEXIS | | GOMEZ JIMENEZ |
| JOSEPH | C | GOMEZ REYES |
| WELBY | | GOMEZ RODRIGUEZ |
| JOSE | R | GONZALEZ DAVILA |
| EDGAR | A | GONZALEZ GUILBE |
| MIGUEL | A | GONZALEZ MALAVE |
| JORGE | L | GONZALEZ ORTIZ |
| JOMAR | J | GONZALEZ PEREZ |
| JONATHAN | | GONZALEZ RIVERA |
| YOMARIE | A | GONZALEZ RIVERA |
| MIGUEL | A | GONZALEZ RODRIGUEZ |
| RICARDO | | GONZALEZ ROTGER |
| JESUS | | GONZALEZ VERGARA |
| OSVALDO | J | GORBEA |
| ANTONIO | J | GOTAY ROMAN |
| IDALISSE | | GRULLON SANABRIA |
| JOHNNY | | GUERRERO RIOS |
| REY | M | GUTIERREZ CRUZ |

| | | |
|---|---|---|
| PEDRO | W | HERNANDEZ MARTINEZ |
| NICOLE | M | HERNANDEZ RAMOS |
| ANGEL | M | HERNANDEZ RIVERA |
| JOEL | | HILERIO RODRIGUEZ |
| JOSE | J | IRIZARRY BETANCOURT |
| JORGITO | | IRIZARRY SANTIAGO |
| BASILIO | | JIMENEZ MATOS |
| DANIEL | | JIMENEZ ROMAN |
| CARLOS | M | JIMENEZ TORRES |
| DAVID | J | JONES |
| ALLEN | | LAZU VAZQUEZ |
| ERNIE | W | LEBRON AMARO |
| JOSE | A | LEBRON FIGUEROA |
| JORGE | O | LISBOA ROSARIO |
| JUDITH | | LOPEZ CRUZ |
| ANDY | | LOPEZ DIAZ |
| WIILIAM | I | LOPEZ LICIAGA |
| LUIS | A | LOPEZ PEREZ |
| JUAN | A | LOPEZ RIVERA |
| MELVIN | | LOPEZ SOTO |
| JOHN | | LOPEZ TORRES |
| RAMON | L | LOPEZ VALDEZ |
| RAMON | | LUYANDO CABRERA |
| JUAN | R | MACHUCA |
| ANGEL | R | MARIANO GERMOSEN |
| CHRISTIAN | | MARTINEZ BAEZ |
| EDIAM | | MARTINEZ BAEZ |
| FERNANDO | | MARTINEZ ESPADA |
| ANGEL | L | MARTINEZ HERNANDEZ |
| LUIS | R | MARTINEZ ORTIZ |
| JUAN | G | MARTINEZ ROSADO |
| MANUEL | E | MARTIS ERAZO |
| CARLOS | | MATOS TORRES |
| JOEL | | MEDINA ACEVEDO |
| JOSE | | MEDINA FIGUEROA |
| BEATRIZ DEL CARMEN | | MEDINA MONTERO |
| LOUIS | E | MEDINA OLIVERA |
| CARLOS | M | MEDINA RIVERA |
| PAUL | M | MELENDEZ LEBRON |
| ARISTIDES | | MELENDEZ OTERO |
| MADELINE | | MELENDEZ RIVERA |

| | | |
|---|---|---|
| FUNDADOR | | MENDEZ RUIZ |
| RAMON | A | MENDOZA SANCHEZ |
| JAIME | J | MERCADO RODRIGUEZ |
| FRANCISCO | J | MERCED VARELA |
| JOSE | M | MIELES CINTRON |
| RAFAEL | A | MOJICA ESPIRITU SANTO |
| JORGE | A | MOLINA ALAMO |
| LIZ | Y | MOLINA SANCHEZ |
| WILLIAM | J | MONTANEZ MONTES |
| ELIONEL | | MONTERO RODRIGUEZ |
| MIGUEL | A | MORALES CRUZ |
| CELIA | E | MORALES MONTES |
| JORGE | L | MORALES MORALES |
| OCTAVIO | I | MORALES ROBLES |
| GERADO | | MOTTA LOZADA |
| WILFREDO | | MURIEL ZENON |
| RAMON | A | NEGRON MARTINEZ |
| JOSE | M | NEGRONI HERNANDEZ |
| REYNALDO | | NIEVES JIMENEZ |
| MARISOL | | NIEVES NIEVES |
| DIANA | | NOGUERAS CRUZ |
| CARMEN | D | NUNEZ VAZQUEZ |
| RAMON | O | OLIVERAS RIVERA |
| MIZAEL | | OLMEDA FIGUEROA |
| VICTOR | M | ORTEGA OROZCO |
| BRENDA | E | ORTIZ BERBERENA |
| CARMEN | D | ORTIZ CRUZ |
| JOSE | M | ORTIZ LECODET |
| ENID | M | ORTIZ MALDONDO |
| WILMA | I | ORTIZ MARQUEZ |
| LUIS | A | ORTIZ ROSADO |
| RAWY | | OTERO ORTIZ |
| BEATRIZ | | OYOLA GARCIA |
| LISANDRA | | PACHECO GONZALEZ |
| JOSE | L | PACHECO RODRIGUEZ |
| JUAN | J | PADILLA GARCIA |
| BRENDA LIZ | | PAGAN |
| MIGUEL | A | PANTOJAS CONCEPCION |
| LUIS | A | PEREIRA CRUZ |
| JAYSON | | PEREZ BURGOS |
| RENE | | PEREZ COLON |

| | | |
|---|---|---|
| ROBERTO | | PEREZ CORREA |
| CARLOS | M | PEREZ MIRANDA |
| ANGEL | A | PEREZ MORENO |
| MARITZA | | PEREZ RAMOS |
| SIGFREDO | | PEREZ TORRES |
| JOSE | L | PIZARRO VELAZQUEZ |
| EDGAR | G | PRADO CAICEDO |
| ISRAEL | | QUILES CARRASQUILLO |
| JOSE | H | QUINONES TROSSI |
| LUIS | A | RAMIREZ DE JESUS |
| VALENTIN | | RAMIREZ FULGENCIO |
| LUIS | E | RAMOS APELLANIZ |
| CARLOS | A | RAMOS RAMOS |
| FELIX | A | RAMOS RENTAS |
| FRANCISCO | | REYES PADILLA |
| REBECCA | | REYES PEREZ |
| FELIX | R | REYES RODRIGUEZ |
| JOSE | G | REYES SANABRIA |
| JOSE | J | REYES SANABRIA |
| HOLVIN | | REYES SANTOS |
| JONATHAN | L | RIFAS LLOYD |
| VICTOR | M | RIOS BAEZ |
| ROSALIA | | RIVERA MEDINA |
| JONATHAN | | RIVERA MELENDEZ |
| JUAN | A | RIVERA NEGRON |
| LUIS | A | RIVERA PERDOMO |
| WILLIAM | X | RIVERA REYES |
| NATANIEL | | RIVERA RIVERA |
| SAMUEL | | RIVERA RODRIGUEZ |
| ORLANDO | | RIVERA VELEZ |
| CHRISTIAN | | ROBLES CARDONA |
| MASAIL | | ROBLES SANCHEZ |
| ANTONIO | C | RODRIGUEZ |
| LUIS | A | RODRIGUEZ COLON |
| SHALIMIR | | RODRIGUEZ COLON |
| EDGAR | G | RODRIGUEZ DE JESUS |
| ROBERTO | | RODRIGUEZ GARCIA |
| ZURIELL | | RODRIGUEZ NIEVES |
| MIGUEL | | RODRIGUEZ ORTIZ |
| JOSE | I | RODRIGUEZ RIOS |
| LUIS | A | RODRIGUEZ TORRES |

| | | |
|---|---|---|
| DANIEL | | RODRIGUEZ VALENTIN |
| JORGE | A | ROHENA VELAZQUEZ |
| GABRIEL | | ROJAS MALAVE |
| YARITZA | | ROLON BELTRAN |
| ROBERTO | | ROMAN CAMPOS |
| JORGE | | ROMAN RODRIGEZ |
| ANGEL | G | ROQUE GARAY |
| JUAN | D | ROSA CASTRO |
| JORGE | L | ROSARIO GARCIA |
| ROSA | M | RUIZ CRUZ |
| DANIEL | | SAEZ MALDONADO |
| RENE | E | SAEZ MALDONADO |
| LUIS | A | SALAMO SUAREZ |
| JORGE | | SALGADO ALVAREZ |
| SONIA | E | SALGADO MONTANEZ |
| ELISAMUEL | | SANABRIA RIVERA |
| LUIS | J | SANCHEZ MORAN |
| DANIEL | | SANCHEZ ROSARIO |
| EVELYN | | SANTANA APONTE |
| DIANA | | SANTANA LOPEZ |
| JAVIER | | SANTIAGO |
| GERARDO | | SANTIAGO GONZALEZ |
| HECTOR | I | SANTIAGO GONZALEZ |
| SANTOS | A | SANTIAGO HERNANDEZ |
| CHADIEL | C | SANTIAGO RODRIGUEZ |
| ANTONIO | | SANTIAGO SANTIAGO |
| JAVIER | L | SANTIAGO TORRES |
| ASHLEY | M | SANTIAGO VALENTIN |
| JOSE | E | SANTOS OTERO |
| RONALD | | SCHMINKY TORRES |
| JOSE | E | SERRANO COLON |
| LUIS | A | SIERRA RIVERA |
| ELMER | | SOTO TORRES |
| HERIBERTO | | TIRADO GARCIA |
| JORGE | A | TORRES AYALA |
| PERFECTO | | TORRES NEGRON |
| DANIEL | | TORRES RAMOS |
| PEDRO | J | TORRES RAMOS |
| CARMEN | L | TORRES RODRIGUEZ |
| ANTHONY | M | TORRES ROJAS |
| MARITZA | | TORRES VALLE |

| | | |
|---|---|---|
| OSVALDO | | VALENTIN BLAY |
| GILBERTO | L | VASALLO MELENDEZ |
| RAFAEL | | VAZQUEZ GARCIA |
| JOVANNY | | VAZQUEZ MEDINA |
| GERMAN | J | VAZQUEZ VAZQUEZ |
| LUIS | D | VEGA CARLO |
| MIGUEL | | VEGA RODRIGUEZ |
| TOMAS | | VEGA VARELA |
| ORLANDO | | VEGA VARGAS |
| MARIA | | VELAZQUEZ CRUZ |
| DANIEL | | VELEZ SEDA |
| JOHNNAYRI | | VERGARA GARCIA |
| FERNANDO | A | VILLAMIL AULET |
| ANGEL | L | VILLEGAS JIMENEZ |
| FELIX | L | ZAMBRANA RIVERA |
| OSVIL | J | ZAMBRANA RIVERA |
| ANTONIO | T | ZAYAS FLORES |
| REYNALDO | L | CASANOVA SANTIAGO |
| ADRIANO | J | ECHEVARRIA ARELLANO |
| ANA | R | NICHOLS BONILLA |
| JACQUELINE | | FONTANEZ RODRIGUEZ |